**Fill in this information to identify the case:**

Debtor 1   James S. Prude, Jr.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the WESTERN DISTRICT OF PENNSYLVANIA

Case number 14-23096-GLT

# Form 4100R
## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee for the Igloo Series II Trust

**Last 4 digits** of any number you use to identify the debtor's account: XXXXX6211

**Property address:** 2616 Ford Avenue
Pittsburgh, PA 15235

**Court claim no.** (if known): 4-1

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____ MM / DD / YYYY

✓ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ 2,273.50

c. **Total.** Add lines a and b.   (c) $ 2,273.50

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   11/01/2019
MM / DD / YYYY

Form 4100R   **Response to Notice of Final Cure Payment**   page 1

Debtors: James S. Prude, Jr.                                              Case number (if known): 14-23096-GLT

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X /s/ Jillian Nolan Snider                                       Date   02/14/2020
Signature

Print      Jillian Nolan Snider                                  Title  Attorney
           First Name        Middle Name        Last Name

Company    Tucker Arensberg, P.C.

*If different from the notice address listed on the proof of claim to which this response applies:*

Address    1500 One PPG Place
           Number           Street

           Pittsburgh, PA 15222
           City                      State        ZIP Code

Contact phone  (412) 566-1212                    Email   jsnider@tuckerlaw.com

Form 4100R                  Response to Notice of Final Cure Payment                         page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>James S. Prude, Jr.<br>                Debtor<br><br>Ronda J. Winnecour, Trustee<br>                Movant<br><br>v.<br><br>U.S. Bank Trust National Association, as Trustee<br>Of the Igloo Series II Trust<br>                Respondent | Bankruptcy No. 14-23096-GLT<br><br>Chapter 13 |

### CERTIFICATE OF SERVICE

I certify that I served or caused to be served a copy of the foregoing the Response to the Notice of Final Cure Payment upon each of the persons and parties in interest at the addresses shown below via ECF Notification:

Kenneth Steidl, Esq.
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Via First Class Mail:

James S. Prude, Jr.
2616 Ford Avenue
Pittsburgh, PA 15235

TUCKER ARENSBERG, P.C.

Dated: 2/14/20

/s/ Jillian Nolan Snider
Jillian Nolan Snider, Esquire
Pa. I.D. No. 202253
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
(412) 566-1212
jsnider@tuckerlaw.com
Attorneys for U.S. Bank Trust N.A.